*paid*

FOR SPECIAL DEPOSIT

**district court of the united states,**
**eastern district of Michigan**

| | |
|---|---|
| REGINALD JOSEPH WATKINS ESTATE  ) | |
| ) | Case: 4:26-mc-50472 |
| ) | Judge: Kumar, Shalina D. |
| -v-  ) | Filed: 04-29-2026 At |
| ) | In Re: Reginald Joseph Watkins Estate (tt) |
| ) | |
| UNITED STATES OF AMERICA,  ) | |
| UNITED STATES AND ALL OF ITS  ) | |
| SUBDIVISIONS. SUBSIDIARIES, TERRITORIES.  ) | |
| ENCLAVES AND MINOR OUTLYING ISLANDS  ) | Document Number: |
| _____  ) | RJW1110316 |

## **EXHIBITION A-1.0**

INCORPORATED BY REFERENCE HEREIN IS THE DEED AND ACKNOWLEDGEMENT BY THE FATHER INCLUDED HEREWITH, TO PERPETUATE TESTIMONY, ON BEHALF OF REGINALD JOSEPH WATKINS ESTATE, SPECIAL DEPOSITED FOR IMMEDIATE PROCESS BY THE SPECIAL CLERK AND MASTER, TO BE REGISTERED, ENROLLED, AND RECORDED AS A MEMORIAL ON THE MISCELLANEOUS DOCKET IN THE ABOVE STYLED CAUSE WITH, A "DEMAND FOR TRIAL BEFORE A JURY."

PREPARED BY; REGISTRATION AND RECORDING REQUESTED BY and RETURN TO:

watkins;reginald joseph/heir/christ/tenant for life/exe
Reginald Joseph Watkins Life Estate
Reginald Joseph 15001 S Kercheval ave
Suite 757
Grosse Pointe Michigan 48230
reginaldjwatkins@me.com
(248)390-6447

Heir to the Most-High (Gal 4:7)

Above space provided for Clerk/Register of Deeds use only

## DEED AFFIDAVIT

A DEED BY THE FATHER AND ACKNOWLEDGEMENT a writing signed, sealed, delivered,  and entitled to be recorded by Saginaw County Clerk/Register of Deeds in the Liber Vitae (Book of Life).

Date ___*April, 29*___ , A.D. 20*26*.

I, watkins; reginald joseph/heir/christ, a lawful wo/man, in being, in her/his own right, One who has attained the age of majority and reason, with due care and circumspection, DECLARE that I have prepared this present **DEED BY THE FATHER AND ACKNOWLEDGEMENT** of an estate or an interest therein, a writing signed and sealed with power to convey, Special Deposited with the Saginaw County clerk/register of deeds with the intention to register, enroll, and record a memorial of this present grant deed as an equitable charge in the registry of land charges, in the Liber Vitae (Book of Life) according to John 3:21 and Revelation 20:12 (KJV).

PREPARED BY; REGISTRATION, RECORDING REQUESTED BY and RETURN TO:
watkins; reginald joseph/christ/first registered proprietor/exe.
ReGis Christian Watkins Estate.
Executor Post.
Watkins Province.
15001 Kercheval Avenue.
No. 157
Grosse Pointe Park, Michigan nation.      near. [48230].
GRANTOR: Reginald Joseph Watkins(Father)
GRANTEE:  ReGis Christian Watkins (heir/christ)

**DEED BY THE FATHER**                    Page 1 of 11

"Thus, saith the Lord of hosts the God of Israel, Take the writings, *even* this book of the possession, both that is sealed, and this book that is open, and put them in an earthen vessel, that they may continue a long time." (Jeremiah 32:14)

---

### DEED BY THE FATHER AND ACKNOWLEDGEMENT

---

**THIS DEED BY THE FATHER AND AKNOWLEDGEMENT**, ex vi termini (a writing sealed and delivered) with present power to convey, made on 22nd of June A.D. 2008, by and between ReGis Christian Watkins, whose principal mailing location is 1200 Telegraph Road, Pontiac, Michigan, 48341, united states of America, hereinafter referred to as the "Grantee," and Reginald Joseph Watkins/christ/first registered proprietor/exe, in being, a lawful man in his own right, being One who has now attained the Age of Majority and Reason, whose principal location is Executor Post, Watkins Province, 15001 Kercheval Avenue, No. 157, Grosse Pointe Park, Michigan nation, near. [48230], united states of America, hereinafter be, by virtue of these presents, in Deed and in Name, by the Name "Grantor/Father."

I DECLARE, under pains and penalty of perjury under the laws of the united states of America that I AM familiar with all the material matters acknowledged in the foregoing deed, and have actual knowledge thereof, and that the forgoing is true, in substance and in fact; and I AM competent to testify to the truth of said facts if called as a witness; I AM without prior notice of any prior, superior, or equal claim by nature, adverse interest or equitable rights of record, that can suspend or confuse said rights to said equitable Estate.

The Grantor solemnly and sincerely affirms that this document is done in good faith, with good conscience, good reason, with clean hands, with the appropriate stamp being affixed and canceled; it is entitled to be recorded, and it shall be admitted as evidence in any Court of the United States; and

**This present grant is intended to convey a DEED BY THE FATHER and Acknowledgement, , in lieu of any prior, recorded, lost, misapplied, and misappropriated deeds; is intended to actually and substantially benefit the issue of said Father recorded at Saginaw County, Michigan; and is hereby bound, acknowledged, accepted, signed, sealed and delivered by the parties to prove and testify to the agreement of the parties. Grantor/Father Shall and**

**DEED BY THE FATHER**                    Page 2 of 11

may act as Executor/Guardian for said Estate; have power to object to any disposition thereof being made without his consent; is entitled to notice of any application that may be made for the registration of any interest in said freehold lands, tenements or hereditaments (both corporeal or incorporeal) and appurtenances or estates; and this deed shall lay as a judgement against all the world.

WITNESSETH:

That the Grantor, with due care and circumspection, comes now naturally in full life as Father/Steward/Guardian; invoking exclusive equity jurisdiction; a living Soul, a Moor animated by the breath of Life, standing on the soil and land of Our ancestors; being One who has now attained the Age of Majority and Reason; no longer Dead, Absent, an Infant, a Ward, an Incompetent and neither Deceased nor Disabled, being resurrected in the eyes of the Law, as evidenced by this present Deed; now being aware, with competence, wisdom, and duty; and in support for One's miraculous resurrection, restoration and reestablishment to One's substantive rights; and

The equitable intent and purpose for this **DEED BY THE FATHER and Acknowledgement** is to declare     **I AM her Father**. Our fundamental right as Steward/Guardian to direct Our offspring's upbringing, education and equitable care for the child's best interest for they are a gift from the Most-High whom I have been entrusted with by sacred covenant. I come now at this present appointed time and certify that I was unaware of the Great Charter of 1740 & 1935 Hospital's Foundling Acts and am without full disclosure from the hospitals and/or institutions that a presumption would stand that Our lawful capacity as Father is now diminished. I GIVE NOTICE that any "infant decedent Estate," "foundling" or custodial constructive trusts created by registrars, treasurers, corporations or agencies without full disclosure and informed consent of both her mother and I, nor the minor child upon its majority, is hereby disaffirmed, repudiated and treated as the grossest special breach of good faith and trust; and

I AM the first registered proprietor for Our heir, daughter, watkins; regis christian d/b/a ReGis Christian Watkins, who arrived upon this land in this incarnation at 09:55 p.m. on June 20th, A.D. 2008, berith as the corpus of a sacred covenant between the Most-High, Danyale Marie Watkins (Daniel) and Reginald Joseph Watkins and See attached Settlement Certificate of Live Birth. All Our surviving heirs are estate property held in trust by special deposit from the Most-High; and

**DEED BY THE FATHER**                    Page 3 of 11

I, walk in the shoes of Our ancestors, and as Father, I AM the Occupant of the Office of Executor/Guardian, for REGIS CHRISTIAN WATKINS, Estate. I gave her her name. I redeem her. I have a just right to claim her *propria vigore* (on my own authority); and am the only One who can intercede on her behalf before the Most-High (El). She is not a fatherless child, She Is Mine. She is born through promise and "not in bondage." She is a child of the Most-High (El) (according to Gen 35:18, Romans 9:8 and Gal 4:1-7); and

I/we disaffirm, disavow and repudiate any assumed filial claims of the any ecclesiastical priest, pastor, rabbi, imam, state, State or instrumentality over Us or Our surviving heirs, let it be known to all that We hereby disavow any ecclesiastical priest, pastor, rabbi, imam, state, State, legal fiction, or instrumentality having any filial rights over Us before Our Divine Creator, for the first time;  We disavow any ecclesiastical priest, pastor, rabbi, imam, state, State, legal fiction, or instrumentality having any filial rights over Us for the second time; We disavow any ecclesiastical priest, pastor, rabbi, imam, state, State, legal fiction, or instrumentality having any filial rights over Us, for the third and final time; and

"The heir and the ancestor are One."

That the Grantor hereby gives NOTICE that any and all prior agreements or consents to any presumed anatomical gifts or organ donor authorizations, whether:

- placenta, afterbirth, stem cells, DEA/DNA of fatherless, abandoned children
- on any license, certificate, or identification card issued by the United States of America, the State of Michigan, Alabama or any other realm or jurisdiction;
- in any hospital, military, or civilian medical system or agency;
- in any book entry or electronic medical record system;
- or by any presumption of law or policy;

are hereby and henceforth, disaffirmed, repudiated, revoked, rescinded, nullified, and made void, from the beginning, and shall not be used as authority to harvest, traffic remove, detain, molest, interrupt the body of the Grantor or the tenant for life; or in any part of Our body (vessel whether in being or deceased), any organs, tissues, fluids, genetic material, or remains shall pass and repass free and unmolested without any attempt being made to take or detain them; and

Custody, disposition, and decision-making authority over:

- Our body in Life,

**DEED BY THE FATHER**                    Page 4 of 11

- Our body while incapacitated and
- Our body and remains upon natural death

SHALL and may vest in the Grantor, as first registered proprietor/executor, and in such fiduciaries as One may appoint by separate Living Will, Health Directive, Disposition of Remains Directive, or Fiduciary Appointment, which are hereby incorporated by reference and shall govern all medical and post-mortem decisions; and

No agency, hospital, registrar, motor vehicle department, coroner, medical examiner, or other party shall rely upon any prior donor symbol, code, or notation as evidence of consent. Only written, wet-ink, or properly authenticated directive from the Steward/Guardian or Our expressly appointed fiduciary shall govern. Any attempt to harvest, use, or interfere with Our anatomical integrity contrary to these terms shall constitute a trespass on said Estate in equity, a trespass against the living temple of the Most-High (El) a special breach of trust and is hereby prospectively enjoined to the fullest extent permitted in equity and good conscience.

That the Grantor does hereby acknowledge and intend the tenant for life SHALL be nominee; SHALL be under exclusive equity jurisdiction with due process, with a regime of economic liberty, without any inequality; and equal Justice shall be rendered towards her/him, at that time and forever, in all disputes; Shall and may be the "General Executor" for the Life Estate; SHALL be the real party in interest and SHALL be allowed time to ratify, join, or be substituted into any action that any court must determine whether, in equity and good conscience, a judgment rendered in her/his absence might prejudice the tenant for life (according to and John 14:26); and

**LAND AND PROPERTY DESCRIPTION:**

The Triune Mind-Body-Soul, physical body (temple), the subject matter REGIS CHRISTIAN WATKINS, (121-08-001366 and 121-2008-001366), the name, and all its derivatives, as the original trust corpus, the sum of all their attachments, all dominion, right, title, interests, equity owed, all credits emitted, all monies borrowed, lands, obligations secured by specified collateral, securities accounts, collateral securities, any abandoned funds, unearned interest, unpaid compensation, financial assets, accounting, rents, leases, derivatives, profits, proceeds, annuities, reserves, stores, attachments, interest in any Government stock, consolidated stock, perpetual annuities, charitable remainder annuity trusts, securities, specialty debt, and war securities, full

**DEED BY THE FATHER**                    Page 5 of 11

profits with lawful interest, and chattel property of every kind and all acquisitions due to Reginald Joseph Watkins granting his signature, or that of his agent/representative, on his behalf, all property interest therein held as joint tenants with right of survivorship by the Grantor and any other person, as tenants by the entirety, creating collateral securities, an equitable asset, for adequate and full consideration in money or money's worth, all real, personal, ecclesiastical, mixed and chattel property in connection with and derived from Reginald Joseph Watkins, Estate, owed to the Estate, including all equitable interest in:

- land certificate of birth; file number 121-08-001366.
- birth certificate (a specialty bond under seal and certificate of incorporation) from the Registrar of Companies file number 121-2008-001366.
- Social Security Claim No. XXXXX2665.
- valuable equitable consideration of (10) ten Morgan silver dollars.
- ReGis Christian Watkins Estate (heir)

## 2. REMAINDER INTEREST:

Upon the natural death of the Father, the remainder, all the legal title to all real, personal, ecclesiastical, mixed and chattel property shall immediately pass, without interruption or delay and without the need for probate, to successor executrix watkins; regis christian d/b/a ReGis Christian Watkins, whose mailing location is Executor Post, Watkins Province, 15001 Kercheval Avenue, No. 157, Grosse Pointe Park, Michigan nation, near. [48230], united states of America (according to Num 27:1); and

That the Grantor, does hereby acknowledge and intend that as Steward/Guardian, One SHALL and may have full right to the use, possession, enjoyment, or the right of income from the property, and benefit, for her support, living expenses (including reasonable travel), maintenance, education, medical, surgical, hospital, or other institutional care; and SHALL and may have full right to use and possess any real and personal property of ReGis Christian Watkins Estate; may provide her a safe haven, until the Father determines the time of her Majority or until her natural death; and the Father SHALL be responsible to pay all expenses of watkins; regis christian d/b/a ReGis Christian Watkins as his heirs/beneficiary, who in equity is entitled to the beneficial use, possession, enjoyment, or the right of income from all the real, personal, ecclesiastical, mixed and chattel property of any kind, and benefit, at that time and forever, including but not limited to,

**DEED BY THE FATHER** Page 6 of 11

rent(s), any lawful taxes, assessments, repairs and other charges for maintaining such real, personal, ecclesiastical, mixed and chattel property or apartment, including title, any lawful public liabilities, fire and extended coverage insurance, and to make such purchases or payments, in accord with its trust instrument; SHALL and may recover ALL rights, titles, and interest, to all Lands, Tenements or Hereditaments (both corporeal or incorporeal) and appurtenances, Manors, and Messuages, in the actual possession of all Lessors or Reversioners, Tenants, or other persons, their Heirs or Assigns, claiming adversely; SHALL be real party in interest to an action and may be able to sue and be sued, plead and be impleaded, answer and be answered unto, defend and be defended, in all Courts and Pleas whatsoever, in all actions, Complaints, Matters and Demands whatsoever; SHALL and may act and do all matters of things relating to said Life Estate, in as ample manner and form as any other being able and capable in the Law, may or can act or do; SHALL and may demand an annual full accounting from any Person worthy of trust, administrator, clerk, guardian, or power of attorney, acting on behalf of Our Estate, and to ensure no commingling, of all real, personal, and equitable assets and debts, specialty or otherwise, due to Our Estate(s); the right to demand that the directing, controlling, managing, supervising, vesting, prohibiting, blocking or clogging, by any alien property custodian(s), of the private use, possession, enjoyment, and benefit of any and all of Our minor financial accounts, by any implied or constructive administration, SHALL be hereby terminated; that Our rights, titles, proceeds, rents, lands, and interests and any and all of Our minor financial accounts created, now and forever, SHALL be restored, vested (in both possession and in interest) and surrendered to the tenant for life, since the time of any eviction from lands, tenements, hereditaments and appurtenances of ReGis Christian Watkins Estate to such Estates and the tenant for life may reenter, repossess have, hold, and enjoy said lands, air rights, water rights, or surface or subsurface rights to lands and property of Our Estate(s) for and from the time ReGis Christian Watkins was deprived, At which time thereafter, legal title to all real, personal, ecclesiastical, mixed and chattel property of any kind SHALL and may remain in the hands of the trustee(s) for the Watkins Trust, while equitable title to SHALL and may remain in the hands of the watkins; regis christian d/b/a ReGis Christian Watkins, NEVER TO BE MERGED, but may enforce the performance of the trust in equity (according to Leviticus 25;10 and Ecclesiastes 3:13); and

(Intentionally left blank)

**DEED BY THE FATHER**                     Page 7 of 11

## 3. GOVERNING LAWS and JURISDICTION:

That I do hereby acknowledge and intend to be a Moor/American Indian and Subject of the Al Maroc/Shereefian Empire, but "not" a citizen of the United States; nor am I subject to the provisions of any Internal Revenue Code, including, but not limited to, the provisions regarding the calculation of life estates and remainder interests for estate and gift tax purposes pursuant to all the Holy Scriptures, the Maxims of Equity, Shereefian law and Canons, the Treaty of Granada (1492), the Treaty of Marrakesh (1786 and 1836), the Treaty of Tunis (1797), the Treaty of Algiers (1795), the Treaty of Madrid (1880). All real, personal, ecclesiastical, mixed and chattel property of any kind titled in the name of watkins; regis christian d/b/a ReGis Christian Watkins, the corpus of the FEE SIMPLE estate, in its entirety, and all property interest therein held as joint tenants with right of survivorship by the Grantor or and any other person, as tenants by the entirety, shall pass FEE SIMPLE; and shall not be treated as situated in the United States; and is exempt from the any tax imposed, by the United States, pursuant to all treaty obligations of the United States of North America with the Al Maroc/Shereefian Empire; and

## 4. WARRANTY OF TITLE:

That I do hereby acknowledge and intend to warrant that they hold title to all property interest therein held as joint tenants with right of survivorship by the watkins; regis christian d/b/a ReGis Christian Watkins or and any other person, as tenants by the entirety, and acknowledge that the property is free from encumbrances except the perfected security interest granted to the Watkins Trust. I further warrant that I have the legal and equitable right to give, grant, bequeath, and convey this estate and remainder interest free from all Rights, Interests, Claims, and Demands whatsoever; and

## 5. STATE COMPLIANCE:

This present grant and deed is acknowledged, signed, sealed, witnessed, notarized, and delivered in compliance with the Holy Scriptures, the Maxims of Equity, Law and Canons, the Treaty of Granada (1492), the Treaty of Marrakesh (1786 and 1836), the Treaty of Tunis (1797), the Treaty of Algiers (1795), the Treaty of Madrid (1880), Shereefian law, the state of Michigan Constitution (1835), the Constitution for the United States of America (1789), the Bill of Rights (1791), and the

**DEED BY THE FATHER**                    Page 8 of 11

laws of the State of Michigan, as a Territory, insular possession, or instrumentality of the United States for the District of Columbia; and

**6. NO RIGHT TO SELL:**

The Father SHALL have the lifetime unrestricted irrevocable power to convey the property as a power of appointment, to sell, transfer, gift, mortgage, lease, encumber or otherwise convey or dispose of all or any portion of the Property, (REGIS CHRISTIAN WATKINS), (121-08-001366 and 121-2008-001366), and ReGis Christian Watkins Estate, in any manner which the Father pleases, or deems fit, in their sole discretion, without the consent of anyone else during their lifetimes and to retain the proceeds therefrom, and NO other person, whether in being or not, shall have the right to sell, transfer, lease, or otherwise encumber the property during the term of this Estate without the written consent of the Remainderman. Upon the surrender of the Certificate of Title to the Issuers or to the Court the Issuer SHALL register the transfer of ALL certificated securities, uncertificated securities and security entitlements in the name of watkins; regis christian or Remainderman (secured party) free from all liens, security interests, restrictions, and claims other than the Remainderman; and

**7. ACCEPTANCE, ACKNOWLEDGEMENT and DELIVERY:**

It is the intention of the Grantor and Grantee that ReGis Christian Watkins Estate SHALL presently become operative and effectual; that the Father SHALL and may become possessed of the absolute *status* (estate) until he determines the time of her majority; that acceptance, acknowledgment, and delivery become operative and effectual when signed, sealed and delivered before one witness and a Notary; and

**8. SETTLEMENT AND INDEMNITY:** As it is in the kingdome of heaven, so too in earth, the Father SHALL and may demand to be given a full accounting of all Our talents from Our agents and representatives; agree with Our adversaries quickly to settle all matters quickly with Our servants; judge Our neighbors with equity; and forgive those who are Our debtors who return what they have stolen and follow the decrees that give life We Will plea that the Most-High El may bliss Our equitable counsel with Her/His constant guidance and protection so that we may surely live; they will not die. (according to Matthew 5:25, Matthew 6:9-13, Matthew 18:23, Matthew 25:14, and Luke 12:58 and Ezekiel 33:14-15); and

**DEED BY THE FATHER** Page 9 of 11

Performed by my hand, as my manifest special intent and purpose, under my seal, freewill act and Deed, entitled to be recorded, in testimony of which we have made these our letters patent, made with due care and circumspection, shall be good, firm, valid and effectual in the Law, according to our intentions herein before declared; and shall be taken, construed and adjudged, in all Courts and elsewhere in the most favorable and beneficial sense and for the best advantage of watkins; regis christian d/b/a ReGis Christian Watkins:

Given at Watkins Province: _____29ᵈ April_____ A.D. 20_26_.

Signatures                                    Acceptance: I

On behalf of:

/s/REGIS CHRISTIAN WATKINS
   Grantee

_____                    By: _____
Witness                                         watkins; reginald joseph/grantor/heir/christ/exe
                                                Executor Post.
                                                15001 Kercheval Avenue.
                                                No. 157
                                                Grosse Pointe Park, Michigan nation.
                                                near. [48230]
                                                reginald.watkins@gmail.com

                                                                            (seal)

## JURAT

Michigan state)

Oakland county)

**I HEREBY DECLARE** that on this day before me an officer duly sworn, appeared watkins; reginald joseph/heir/christ/exe, in being, a lawful wo/man in her/his own right, one who has attained the Age of Majority and proved to me upon satisfactory evidence, have acknowledged, signed, sealed and delivered the foregoing instrument as her/his manifest special intent and purpose, for the uses and purposes therein set forth, having good and lawful right and authority thereunto.

**DECLARED** before me in the County and State aforesaid this 29ᵗʰ day of _____april_____, A.D. 20_26_.

WITNESS principal hand and official seal.

_____                    _____
PRINT                                          NOTARY                                    (seal)
**DEED BY THE FATHER**                          Page 10 of 11

M PETRUZZELLI
Notary Public - State of Michigan
County of Oakland
My Commission Expires Jan 11 2030
Acting in the County of Oakland